NTF
Rev. 02/25

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

| | |
|---|---|
| Ashkan Mirfakhr Rajaee and Nassim Rajaee<br><br>Debtor(s) | BANKRUPTCY NO.  24–00617–CL7 |
| Ashkan Rajaee<br><br>Plaintiff(s) | ADVERSARY NO.  26–90003–CL |
| v.<br><br>Christopher R. Barclay et al.<br><br>Defendant(s) | |

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **1**   filed on: **1/6/26**
Title of Document: **Complaint**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

 Visit the Court website CM/ECF Training & Registration page. The training focuses on court−specific filing requirements and is available online for you to complete at your own pace with training video included. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phonelist.

**ACTION TAKEN BY COURT**

☑  Atty/Debtor/Movant contacted on **1/8/26**      via  ☐ Tel/Voice Mail     ☑ Email     ☐ Mail or Other

**OTHER:**  **The complaint was improperly filed by an attorney who is not a member of the United States District Court for the Southern District of California. He should become a member of that bar before proceeding further.**

Dated: 1/8/26

Mark Schnakenberg
Clerk of the Bankruptcy Court